# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MOGANNAM,<br><br>    Plaintiff,<br><br>v.<br><br>BLUESTEM BRANDS, INC. dba FINGERHUT,<br><br>    Defendant. | Case No. 2:16-cv-00525-MCE-CKD<br><br>*Assigned to Chief Judge Morrison C. England, Jr.*<br>*Referred to Magistrate Judge Carolyn K. Delaney*<br><br>**ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT**<br><br>Current Response Due:   03/18/2016<br>New Response Date:       04/08/2016 |

### ORDER

Pursuant to the parties' stipulation (ECF No. 5), Defendant Bluestem Brands, Inc.'s time to file a responsive pleading to the Complaint is extended. Bluestem shall file its responsive pleading to the Complaint on or before April 8, 2016.

IT IS SO ORDERED.

Dated: March 17, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT