LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN MOGANNAM**, | Case No. 2:16-cv-00525-MCE-CKD |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| **BLUESTEM BRANDS, INC.** dba **FINGERHUT** | |
| Defendant. | |

NOW COMES THE PLAINTIFFS by and through their attorney to respectfully notify this Honorable Court that this case has settled. Plaintiffs request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 5th day of April, 2016.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiffs

Notice of Settlement - 1

Filed electronically on this 5th day of April, 2016, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Morrison C. England, Jr
United States District Court
Eastern District of California

Connie Y. Tcheng
Doll Amir & Eley LLP

This 5th day of April, 2016.

s/Todd M. Friedman
Todd M. Friedman