# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN MOGANNAM,** | Case No. 2:16-cv-00525-MCE-CKD |
| Plaintiff, | **ORDER** |
| vs. | |
| **BLUESTEM BRANDS, INC.,** dba **FINGERHUT,** | |
| Defendant. | |

    Pursuant to the parties' Stipulation (ECF No. 9) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

    IT IS SO ORDERED.

Dated:  June 17, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE